```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
                                       :
UNITED STATES OF AMERICA               :    ORDER
                                       :
            - v.-                      :    07 Cr. 1066
                                       :
NORMAN HSU                             :
                                       :    Marrero, J.
            Defendant.                 :
                                       :
- - - - - - - - - - - - - - - - - - - X
```

Upon application of the United States of America, by and through Assistant United States Attorney Alexander J. Willscher, it is hereby ORDERED that Indictment 07 Cr. 1066, which was filed under seal on or about November 27, 2007, be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
         December 4, 2007

_____
HONORABLE FRANK MAAS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

...LY FILED
DEC 0 4 2007