UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
                                      :
UNITED STATES OF AMERICA              :   AFFIRMATION
                                      :
        - v.-                         :   07 Cr. 1066 (VM)
                                      :
NORMAN HSU,                           :
                                      :
            Defendant.                :
                                      :
- - - - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss:

      ALEXANDER J. WILLSCHER, being duly sworn, deposes and says that he is an Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York; that he is one of the Assistant United States Attorneys in charge of the above-entitled matter; that NORMAN HSU, the defendant,(CDC Identification # CA28647308; FBI # 507335TC0; DOB: ███████, now detained at the Maguire Correctional Facility, 300 Bradford Street, Redwood City, California 94063, has been charged in an indictment, United States v. Norman Hsu, 07 Cr. 1066 (VM), with mail fraud, in violation of Title 18, United States Code, Section 1341, and wire fraud, in violation of Title 18, United States Code, Section 1343, in connection with a fraudulent scheme that HSU ran. In addition, HSU is charged with violating the Federal Election Campaign Act by making contributions to various candidates for federal office in the names of other individuals in excess of

$25,000 during each of the calendar years between 2005 and 2007, in violation of Title 2, United States Code, Sections 441f and 437g(d)(1)(A).

By this application, the Government seeks a writ of _habeas corpus ad prosequendum_, so that NORMAN HSU, the defendant, can be brought before this Court to be available for prosecution in the above-entitled matter. No previous application for similar relief has been made.

WHEREFORE, your deponent respectfully prays that a writ of _habeas corpus ad prosequendum_ issue, directing the Warden of the Maguire Correctional Facility, 300 Bradford Street, Redwood City, CA 94063, and the United States Marshal for the Southern District of New York, that NORMAN HSU, the defendant, be released into the custody of the United States Marshal for the Southern District of New York, or other law enforcement officers designated by the United States Marshal for the Southern District of New York, so that HSU may be transported under safe and secure conduct to the custody of the warden or the person there in charge, before the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, there to be available for prosecution, as soon as the defendant is available and no later than on or about December 31, 2007.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 1746.

                                                   ALEXANDER J. WILLSCHER
                                                   Assistant United States Attorney
                                                   P: (212) 637-2736
                                                   F: (212) 637-0016

Dated:    December 4, 2007
            New York, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

NORMAN HSU

Defendant.

**AFFIRMATION**

07 Cr. 1066 (VM)

(Title 18, United States Code, Sections 1341, 1343 and 2; Title 2, United States Code, Sections 441f and 437g(d)(1)(A).)

MICHAEL J. GARCIA
United States Attorney.