UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,           :

  - v. -                           :   ORDER

                                :

NORMAN HSU,                         :   07 Cr. 1066 (VM)

                                :

              Defendant.      :

- - - - - - - - - - - - - - - - - -x

       Upon the application of the United States of America and the affirmation of Katherine A. Lemire, Assistant United States Attorney for the Southern District of New York, it is found that the number of victims in the above-captioned case makes it impracticable to accord all of the victims of the charged offenses the rights described in Title 18, United States Code, Section 3771(a).

       It is further found, pursuant to Title 18, United States Code, Section 3771(d)(2), that the procedures described below regarding victim notification and victims rights are a reasonable procedure that will give effect to Title 18, United States Code, Section 3771 without unduly complicating or prolonging the proceedings in this matter.

       Accordingly, it is hereby ORDERED

       That the following procedures are a reasonable procedure giving effect to the notification rights contained in Title 18, United States Code, Section 3771(a):

Returned to chambers for scanning on 2/20/08 AE
Scanned by chambers on _____

(1) The Government will cause a notice ("the Notice") of this case to be: (a) posted on the Internet at http://www.usdoj.gov/usao/nys/victimwitness.html; and (b) sent to any victims whose identity and address the Government has in its possession at the time the notice is sent.

(2) The Notice will contain the following information:

    a. The caption, case number, and assigned judge involved in the case for which notification is made;

    b. A substantially verbatim listing of the rights provided for in Title 18, United States Code, Section 3771(a);

    c. A listing of public proceedings scheduled in the case for which notification is made; and

    d. The name and contact information for a United States Attorney's Office official with responsibility for addressing victims rights.

(3) Subsequent to the posting and distribution of the Notice, the Government will update the internet posting relating to this case to reflect scheduled court and public proceedings, within a reasonable period of time of such scheduling.

(4) The Notice will specify that the Court, in order to conduct orderly proceedings and to maintain a reasonable

schedule, requires advance notice from victims who wish to be heard during court proceedings such as plea proceedings and sentencings. Based on the number of victims who provide such notice, the Court will rule on the manner in which victims will be heard at such proceedings.

Dated:   New York, New York
         February 22, 2008

                              SO ORDERED:

                              _____
                              HONORABLE VICTOR MARRERO
                              UNITED STATES DISTRICT JUDGE