CR 12 (Rev. 5/03)

WARRANT FOR ARREST

| United States District Court | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>NORMAN HSU | DOCKET NO.<br>07 CRIM 1066 | MAGISTRATE'S CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>NORMAN HSU | |
| WARRANT ISSUED ON THE BASIS OF:   ☐ Order of Court<br>X Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST   SDNY | |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY   NY, NY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Wire & Mail Fraud; Campaign Finance Conduit Contributions

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ____ DATE FILED: MAR 04 2008*

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>1341 & 1343 |
|---|---|---|
| BAIL<br>Debra Freeman<br>United States Magistrate Judge<br>Southern District of New York | OTHER CONDITIONS OF RELEASE<br>(SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE))<br>*Debra Freeman* | DATE ORDERED<br>NOV 2 7 2007 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>11/27/07<br>DATE EXECUTED<br>2/28/08 | NAME AND TITLE OF ARRESTING OFFICER<br>Special Agent<br>Patricia O'Connor, FBI | SIGNATURE OF ARRESTING OFFICER<br>*Pm. O'Co* |
|---|---|---|

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.