AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number:  07-cr-1066

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for
    NORMAN HSU

I certify that I am admitted to practice in this court.

| 3/13/2008 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | HUGH M. MUNDY | 9500 |
| | Print Name | Bar Number |

Federal Defenders of New York, 52 Duane Street, Fl. 10
Address

| New York | NY | 10007 |
|---|---|---|
| City | State | Zip Code |

(212) 417-8737   (212) 571-0392
Phone Number   Fax Number