```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :    07 CR. 1066 (VM)
                                    :
        - against -                 :    ORDER
                                    :
                                    :
NORMAN HSU,                         :
                                    :
                Defendant.          :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

The Defendant, through his counsel (see attached letter) requests the exclusion of time until the next scheduled conference in this matter. The parties are directed to appear before the Court for a status conference on May 23, 2008 at 10:30 a.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until May 23, 2008.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

SO ORDERED:

Dated:    New York, New York
          22 April 2008

                                          Victor Marrero
                                          U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-23-08

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

**Via Facsimile 212-805-6382**

April 22, 2008

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Norman Hsu</u>
            07-cr-1066

Dear Judge Marrero:

    I write on behalf of my client, Norman Hsu, to request an adjournment of his status conference, currently scheduled for April 25, 2008. I have spoken by telephone to counsel for the government, who does not oppose my request for an adjournment.

    Mr. Hsu is charged in a multi-count Indictment with mail fraud, wire fraud, and campaign finance fraud. On February 28, 2008, he appeared in magistrate court and was arraigned. On March 14, 2008, he appeared in this Court for a pre-trial conference.

    Discovery in this case is voluminous. The government has begun production of discovery, a process that is anticipated to continue for several more weeks. In addition, the parties have begun settlement negotiations. For both reasons, I request a 30-day adjournment of the upcoming status conference. The requested time will allow me to continue my receipt and review of discovery, and allow for continued settlement talks.

    I have spoken in person to Mr. Hsu about the need for a 30-day adjournment, and he does not object. In addition, Mr. Hsu consents to the exclusion of time under the Speedy Trial Act.

Respectfully submitted,

Hugh M. Mundy
Attorney for Norman Hsu
212-417-8737

cc:    Katherine Lemire, AUSA, via facsimile

TOTAL P.002